# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3238
_____

DEMETRIUS LAMONT LEWIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 21, 2024

PER CURIAM.

DISMISSED. *See Eutsay v. State*, 103 So. 3d 181, 183 (Fla. 1st DCA 2012).

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Kristofer W. Eisenmenger, Assistant Public Defender, Gainesville, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.